IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.                                        No. 1:19-cv-01292-JDB-jay

TERRY MILLER,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
AND
GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
_____

        This action was brought by the Plaintiff, The Guardian Life Insurance Company of America ("Guardian"), against the Defendant, Terry Miller, on December 16, 2019. (Docket Entry ("D.E.") 1.) On February 18, 2020, the Clerk issued an entry of default as to the Defendant. (D.E. 11.) Three days later, Guardian filed a motion for default judgment (D.E. 12), which was referred to the magistrate judge (D.E. 14). In a report and recommendation entered May 8, 2020, United States Magistrate Judge Jon A. York recommended that the motion be granted. (D.E. 15.)

        As no objections to the magistrate judge's report and recommendation have been filed and the time for such objections has expired, and upon review of the record, the report and recommendation is hereby ADOPTED. The motion for default judgment is GRANTED.

        IT IS SO ORDERED this 5th day of June 2020.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE